**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONI HIXSON,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

        Defendant.
                                     /

No. C 14-285 SI

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

On April 7, 2014, defendant filed a motion to dismiss the amended complaint. In an order filed April 8, 2014, the Court stayed the briefing on defendant's motion to dismiss the complaint and referred the parties to alternative dispute resolution. The parties have engaged in initial ADR, and the Court now sets a new briefing schedule and hearing date on defendant's motion as follows: plaintiff's opposition is due **May 16, 2014**, defendant's reply is due **May 23, 2014**, and the hearing is scheduled for **June 6, 2014** at **9:00 a.m.** The initial case management conference is rescheduled to **June 6, 2014** at **2:30 p.m.**

      **IT IS SO ORDERED.**

Dated: April 29, 2014

                                                SUSAN ILLSTON
                                                UNITED STATES DISTRICT JUDGE