IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI HIXON, | No. C 14-00285 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| WELLS FARGO BANK NA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 13, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 10, 2015.

DESIGNATION OF EXPERTS: 6/1/15; REBUTTAL: 6/22/15.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 21, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by August 21, 2-15;

   Opp. Due September 4, 2015;  Reply Due September 11, 2015;

   and set for hearing no later than September 25, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: Novmember 3, 2015 at 3:30 PM.

JURY TRIAL DATE: November 16, 2015 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall disclose it's initial disclosures by September 14, 2014.
This case shall be referred to the court's mediation program.  The mediation session shall be completed by the end of January 2015.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/2/14

SUSAN ILLSTON
United States District Judge