UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

JONI HIXSON,

Plaintiff,

v.

WELLS FARGO BANK, N.A., a business entity; and Does 1 through 100 inclusive,

Defendants.

CASE NO.: 3:14-CV-00285-SI

[The Honorable Susan Illston]

**ORDER GRANTING JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND OTHER CASE HEARINGS AND DEADLINES**

In light of the joint notice of conditional settlement signed by the parties, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Case Management Conference presently on calendar for March 26, 2015 is hereby VACATED;

2. The case deadlines and trial date set forth in the pre-trial order (Doc. 42) are also VACATED; and

3. In the event that a dismissal is not filed due to issues relating to the conditional settlement, the parties shall attend an Order to Show Cause hearing on August 7, 2015 at 3:00 p.m. in courtroom 10 of the above-entitled Court.

Dated: March 24, 2015

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE