ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JONI HIXSON, an individual, | CASE NO.: 3:14-CV-00285-SI |
| Plaintiff, | [The Honorable Susan Illston] |
| v. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE ORDER TO SHOW CAUSE HEARING** |
| WELLS FARGO BANK, N.A., a business entity; and DOES 1 through 100, inclusive, | |
| Defendants. | |

In light of the joint stipulation signed by the parties' counsel and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

The Order to Show Cause hearing originally set for August 7, 2015 is CONTINUED to October  2 , 2015 at  9 AM  ~~p.m.~~ in courtroom 10 of the above-entitled Court. A stipulated dismissal filed by the parties before this date will naturally render the OSC hearing moot.

Dated: ___7/31___, 2015

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE