UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| JONI HIXSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., a business entity; and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:14-cv-00285-SI<br><br>[Assigned to the Hon. Susan Illston]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action against defendant Wells Fargo is dismissed *with prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: ___9/23___, 2015

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

93000/BR1203/01191506-1　　　　　　1　　　　　　CASE NO. 3:14-CV-00285-SI
ORDER RE: JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE